KARTCHNER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                              §
                                    §
SACHS, ROBERTA I                    §      Case No. 4-13-BK-15976-SHG
                                    §
              Debtor                §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/13/2013 . The undersigned trustee was appointed on 09/13/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $       10,600.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 40.35 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 10,559.65 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/01/2016 and the deadline for filing governmental claims was 02/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,810.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,810.00 , for a total compensation of $ 1,810.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 50.19 , for total expenses of $ 50.19 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2016          By:/s/Stanley J. Kartchner
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 13-15976 SHG Judge: SCOTT H. GAN | Trustee Name: Stanley J. Kartchner |
| Case Name: SACHS, ROBERTA I | Date Filed (f) or Converted (c): 09/13/13 (f) |
| | 341(a) Meeting Date: 11/01/13 |
| For Period Ending: 03/09/16 | Claims Bar Date: 02/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 42574 W. COLBY DRIVE MARICOPA, AZ 85138 1,526 SQ F | 112,912.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - WELLS FARGO BANK (#6027) | 150.00 | 0.00 | | 0.00 | FA |
| 3. KITCHEN TABLE WITH CHAIRS ($200), DINING ROOM TABL | 1,320.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS KITCHEN ITEMS | 25.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, MAGAZINES, DVDS, CDS, CASSETT | 200.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS CLOTHING | 450.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS COSTUME JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 700.00 | 0.00 | | 0.00 | FA |
| 9. WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 10. INDEPENDENT RETIREMENT ACCOUNT SERVICED BY FIDELIT | 63,473.00 | 0.00 | | 0.00 | FA |
| 11. 2013 TAX REFUNDS, INCLUDING REFUNDABLE TAX CREDITS | 1,011.00 | 0.00 | | 0.00 | FA |
| 12. 2005 FORD MUSTANG (49K MILES) VALUATION: KBB, PRIV | 20,181.00 | 0.00 | | 10,600.00 | FA |
| 13. COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 14. DOG | 50.00 | 0.00 | | 0.00 | FA |
| 15. 2 LLARDO FIGURINES: LADY W/DOG AND LADY | 300.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $200,972.00 | $0.00 | | $10,600.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14   Current Projected Date of Final Report (TFR): 03/15/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-15976 -SHG | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | SACHS, ROBERTA I | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******8692 Checking - Non Interest |
| Taxpayer ID No: | *******1754 | | |
| For Period Ending: | 03/09/16 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/15 | 12 | DECONCINI MCDONALD YETWIN & LACY, P.C. | SETTLEMENT FOR VEHICLE LIEN AVOIDAN | 1149-000 | 10,323.00 | | 10,323.00 |
| 12/14/15 | 12 | DECONCINI MCDONALD YETWIN & LACY, P.C. | SETTLEMENT FOR VEHICLE LIEN AVOIDAN | 1149-000 | 277.00 | | 10,600.00 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,590.00 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.69 | 10,574.31 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 14.66 | 10,559.65 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,600.00 | 40.35 | 10,559.65 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,600.00 | 40.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,600.00 | 40.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - *******8692 | 10,600.00 | 40.35 | 10,559.65 |
| | 10,600.00 | 40.35 | 10,559.65 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  10,600.00  40.35

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: March 09, 2016

Case Number: 13-15976
Debtor Name: SACHS, ROBERTA I

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | CLERK OF THE UNITED STATES BANKRUPT<br>38 SOUTH SCOTT AVENUE<br>TUCSON, AZ 85701 | Administrative | | $350.00 | $0.00 | $350.00 |
| 001 3210-00 | Trudy A. Nowak<br>PMB #418<br>4802 E. Ray Road, Suite 23<br>Phoenix, AZ 85044 | Administrative | | $3,651.60 | $0.00 | $3,651.60 |
| 000001 070 7100-00 | SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA 18706 | Unsecured | | $2,642.26 | $0.00 | $2,642.26 |
| 000002 070 7100-00 | SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA 18706 | Unsecured | | $9,380.02 | $0.00 | $9,380.02 |
| 000003 070 7100-00 | SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA 18706 | Unsecured | | $10,536.26 | $0.00 | $10,536.26 |
| 000004 070 7100-00 | SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA 18706 | Unsecured | | $13,388.44 | $0.00 | $13,388.44 |
| 000005 070 7100-00 | SALLIE MAE<br>PO BOX 9430<br>WILKES-BARRE, PA 18706 | Unsecured | | $3,801.90 | $0.00 | $3,801.90 |
| 000006 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $557.10 | $0.00 | $557.10 |
| 000007 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $4,220.54 | $0.00 | $4,220.54 |
| 000008 070 7100-00 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $2,541.67 | $0.00 | $2,541.67 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: March 09, 2016

Case Number: 13-15976
Debtor Name: SACHS, ROBERTA I

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $74.91 | $0.00 | $74.91 |
| 000010 070 7100-00 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $6,485.85 | $0.00 | $6,485.85 |
| 000011 070 7100-00 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $1,734.47 | $0.00 | $1,734.47 |
| 000012 070 7100-00 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $1,256.49 | $0.00 | $1,256.49 |
| 000013 070 7100-00 | WELLS FARGO CARD SERVICES PO BOX 9210 DES MOINES, IA 50306 | Unsecured | | $1,522.55 | $0.00 | $1,522.55 |
| 000014 070 7100-00 | HUGHES FEDERAL CREDIT UNION PO BOX 11900 TUCSON AZ 85734-1900 | Unsecured | | $25,760.03 | $0.00 | $25,760.03 |
| | Case Totals: | | | $87,904.09 | $0.00 | $87,904.09 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4-13-BK-15976-SHG
Case Name: SACHS, ROBERTA I
Trustee Name: Stanley J. Kartchner

| | | |
|---|---|---|
| Balance on hand | $ | 10,559.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stanley J. Kartchner | $ 1,810.00 | $ 0.00 | $ 1,810.00 |
| Trustee Expenses: Stanley J. Kartchner | $ 50.19 | $ 0.00 | $ 50.19 |
| Attorney for Trustee Fees: Trudy A. Nowak | $ 3,600.00 | $ 0.00 | $ 3,600.00 |
| Attorney for Trustee Expenses: Trudy A. Nowak | $ 51.60 | $ 0.00 | $ 51.60 |
| Charges: CLERK OF THE UNITED STATES BANKRUPT | $ 350.00 | $ 0.00 | $ 350.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,861.79 |
| Remaining Balance | $ | 4,697.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,902.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | SALLIE MAE | $ 2,642.26 | $ 0.00 | $ 147.95 |
| 000002 | SALLIE MAE | $ 9,380.02 | $ 0.00 | $ 525.21 |
| 000003 | SALLIE MAE | $ 10,536.26 | $ 0.00 | $ 589.94 |
| 000004 | SALLIE MAE | $ 13,388.44 | $ 0.00 | $ 749.64 |
| 000005 | SALLIE MAE | $ 3,801.90 | $ 0.00 | $ 212.88 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 557.10 | $ 0.00 | $ 31.19 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 4,220.54 | $ 0.00 | $ 236.32 |
| 000008 | AMERICAN EXPRESS CENTURION BANK | $ 2,541.67 | $ 0.00 | $ 142.31 |
| 000009 | CAPITAL RECOVERY V, LLC | $ 74.91 | $ 0.00 | $ 4.19 |
| 000010 | CAPITAL RECOVERY V, LLC | $ 6,485.85 | $ 0.00 | $ 363.16 |
| 000011 | CAPITAL RECOVERY V, LLC | $ 1,734.47 | $ 0.00 | $ 97.12 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | CAPITAL RECOVERY V, LLC | $ 1,256.49 | $ 0.00 | $ 70.35 |
| 000013 | WELLS FARGO CARD SERVICES | $ 1,522.55 | $ 0.00 | $ 85.25 |
| 000014 | HUGHES FEDERAL CREDIT UNION | $ 25,760.03 | $ 0.00 | $ 1,442.35 |

    Total to be paid to timely general unsecured creditors      $ 4,697.86

    Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE